GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant MOLINA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 11-00806 SBA |
| v. | ) STIPULATION AND ORDER CONTINUING CHANGE OF PLEA AND SENTENCING DATE; EXCLUSION OF TIME |
| AMAURI MOLINA-MARTINEZ, | ) |
| Defendant. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case with respect to Amauri Molina-Martinez, currently scheduled for Friday, February 3, 2012 at 10:00 a.m., before Honorable Saundra Brown Armstrong, may be continued to Thursday, February 23, 2012, at 10:00 a.m. for change of plea and sentencing. The reason for the requested continuance is that defense counsel needs additional time to meet with her client, with the assistance of an interpreter, in order to review the plea agreement and final pre-

sentence report and file a sentencing memorandum prior to the change of plea and sentencing. Defense counsel was in trial from January 23, 2012, through January 30, 2012 and unavailable.

IT IS FURTHER STIPULATED that the time between February 3, 2012, and February 23, 2012, may be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(B)(iv) while the Court continues to consider the plea agreement provided to it and for effective preparation of counsel so defense counsel can review the plea agreement and final presentence report with Mr. Molina-Martinez, with the assistance of an interpreter, and file a sentencing memorandum prior to the change of plea and sentencing.

DATED: 2/01/12   \_\_\_\_/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 2/01/12   \_\_\_\_\_/s/_____
JENNIFER GASPAR
Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date in this case with respect to Amauri Molina-Martinez, currently scheduled for Friday, February 3, 2012 at 10:00 a.m., before Honorable Saundra Brown Armstrong, is hereby continued to Thursday, February 23, 2012, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time between February 3, 2012, and February 23, 2012, may be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(B)(iv) while the Court continues to consider the plea agreement provided to it and for effective preparation of counsel so defense counsel can review the plea agreement and final presentence report with Mr. Molina-Martinez, with the assistance of an interpreter, and file a sentencing memorandum prior to the change of plea and sentencing. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 2/2/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge